UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00455-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  GEORGE JOHN SCHULTE, aka JOHN SCHULTE,
2.  OBINNA ADIGHIJE, aka LARRY ADIGHIJE,
3.  TRUNG PHAM, and
4.  HERNAN RICAURTE,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Friday, October 15, 2010,** and responses to these motions shall be filed by **Monday, October 25, 2010.** It is

FURTHER ORDERED that the parties shall contact Chambers should a motions hearing or final trial preparation conference become necessary. It is

FURTHER ORDERED that a 3-week jury trial is set to commence **Monday, November 8, 2010, at 9:00 a.m. in courtroom A-1002.**

Dated: September 16, 2010

                                BY THE COURT:

                                <u>s/ Wiley Y. Daniel</u>
                                Wiley Y. Daniel
                                Chief United States District Judge