UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00455-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GEORGE JOHN SCHULTE, aka JOHN SCHULTE,
2. OBINNA ADIGHIJE, aka LARRY ADIGHIJE,
3. TRUNG PHAM, and
4. HERNAN RICAURTE,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A hearing on Defendant George Schulte's Motion for a Short Continuance of the Trial Date, [ECF No. 43], filed on October 8, 2010, and Defendant Pham and Recaurte's Motion to Exclude Time Within Which Trial Must Commence, [ECF No. 44], filed on October 8, 2010, shall take place on **Monday, October 18, 2010 at 1:30 PM.**

    Dated: October 14, 2010