UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00455-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GEORGE JOHN SCHULTE, aka JOHN SCHULTE,
2. OBINNA ADIGHIJE, aka LARRY ADIGHIJE,
3. TRUNG PHAM, and
4. HERNAN RICAURTE,

    Defendant.

---

**CASE MANAGEMENT ORDER**

---

THIS MATTER comes before the Court pursuant to the Court's Order of October 20, 2010, which ordered all parties to meet and confer and to submit a Joint Proposed Case Management Order setting forth proposed deadlines for the production of further discovery, and for the filing of non-evidentiary and evidentiary motions. In keeping with the Court's Order, which also excluded ninety (90) days from the Speedy Trial Act deadlines in this case, the parties have agreed and it is

ORDERED that the parties comply with the following deadlines to ensure that all pre-trial phases of the case are complete before the commencement of a jury trial:

    1.    PRODUCTION OF FURTHER DISCOVERY: The Government and all Defendants shall complete the production of all Rule 16 discovery by **Wednesday, December 22, 2010.**

2. PRE-TRIAL MOTIONS: All pre-trial motions, including evidentiary and non-evidentiary motions, shall be filed by **Wednesday, January 12, 2011.** Responses to these motions shall be filed by **Thursday, January 27, 2011.** Replies to these motions shall be filed by **Tuesday, February 1, 2011.**

3. The Court will set a hearing after it knows the quantity and types of pre-trial motions that have been filed.

Dated: November 1, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge