UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  10-cr-00455-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  GEORGE JOHN SCHULTE, aka JOHN SCHULTE,
2.  OBINNA ADIGHIJE, aka LARRY ADIGHIJE,
3.  TRUNG PHAM, and
4.  HERNAN RICAURTE,

      Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     The parties shall contact chambers on or before **March 4, 2011** to set a date for hearings on all pending motions.

     Dated:  March 1, 2011