UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  10-cr-00455-WYD

UNITED STATES OF AMERICA,

　　　　Plaintiff,

v.

1.  GEORGE JOHN SCHULTE, aka JOHN SCHULTE,
2.  OBINNA ADIGHIJE, aka LARRY ADIGHIJE,
3.  TRUNG PHAM, and
4.  HERNAN RICAURTE,

　　　　Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

　　　　A scheduling conference is set for **Monday, March 14, 2011** at **3:30 PM.**

　　　　To the extent that any defendant would like to be excused from personally appearing at the scheduling conference, that party must file a motion with the Court.

　　　　Dated:  March 4, 2011