UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  10-cr-00455-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  GEORGE JOHN SCHULTE, aka JOHN SCHULTE,
2.  OBINNA ADIGHIJE, aka LARRY ADIGHIJE,
3.  TRUNG PHAM, and
4.  HERNAN RICAURTE,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      The hearing set for Thursday, April 21, 2011 at 1:30 PM is **RESET** to **1:00 P.M.** Further, the hearing set for Friday, April 22, 2011 at 9:00 AM is **RESET** to **9:30 A.M.**

      Dated:  April 20, 2011