UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00455-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. GEORGE JOHN SCHULTE, aka JOHN SCHULTE,
2. OBINNA ADIGHIJE, aka LARRY ADIGHIJE,
3. TRUNG PHAM, and
4. HERNAN RICAURTE,

 Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

 Due to the Court's involvement in a pending trial, the hearing set for Thursday, September 15, 2011 is **RESET** from 9:00 AM to **2:00 PM on Thursday, September 15, 2011.**

 Dated: September 13, 2011