UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  10-cr-00455-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **GEORGE JOHN SCHULTE, aka JOHN SCHULTE,**
2. OBINNA ADIGHIJE, aka LARRY ADIGHIJE,
3. TRUNG PHAM, and
4. HERNAN RICAURTE,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Government shall file a response to John Schulte's Motion to Reset Trial Date, filed October 3, 2011 [ECF No. 178], no later than **Wednesday, October 12, 2011**.

    Dated:  October 4, 2011.