IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL

Civil Action No.:   10-cr-00455-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  GEORGE JOHN SCHULTE, a/k/a George Schulte,
3.  TRUNG PHAM,

    Defendants.

## ORDER REGARDING CUSTODY OF EXHIBITS

It is ORDERED that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired, or all appellate proceedings have been terminated, plus sixty days.

DATED:  March 1, 2012.

                                BY THE COURT:

                                s\ Wiley Y. Daniel
                                WILEY Y. DANIEL,
                                CHIEF UNITED STATES DISTRICT JUDGE